# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

KENNETH STOCKS                                    CIVIL ACTION NO. 07-1844

VERSUS                                            JUDGE ROBERT G. JAMES

LOWE'S HOME CENTERS, INC.                         MAG.  JUDGE KAREN L. HAYES

## RULING

This is a personal injury lawsuit brought by Plaintiff Kenneth Stocks ("Stocks") against Defendant Lowe's Home Centers, Inc. ("Lowe's") on the basis of a trip and fall accident Stocks suffered on April 13, 2006, while working for a Lowe's vendor.  Employers Insurance Company of Wausau ("Wausau") intervened to recover past and future compensation benefits and medical expenses it has incurred as a result of the accident.  Stocks' Petition was amended on February 27, 2008, to add a claim for loss of consortium by his wife, Sharon Kay Stocks.

Pending before the Court is a Motion for Summary Judgment [Doc. No. 31] filed by Lowe's. On July 30, 2009, Magistrate Judge Karen L. Hayes filed a Report and Recommendation [Doc. No. 45] in which she recommends that the Court grant Lowe's Motion for Summary Judgment on the claims by Mr. and Mrs. Stocks and by Wausau.  Wausau filed an objection to the Report and Recommendation [Doc. No. 47], and Lowe's filed a response [Doc. No. 49].

Having fully considered the record in this matter, including the objection and response to the Report and Recommendation, the Court finds the Magistrate Judge's analysis to be correct and ADOPTS the Report and Recommendation with one exception.  Based on the Court's determination, it need not reach the analysis contained in footnote 11 on page 13 of the Report and

1

Recommendation. Therefore, the Court DECLINES TO ADOPT this footnote.

For the foregoing reasons, Lowe's Motion for Summary Judgment [Doc. No. 31] is GRANTED, and the claims of Mr. and Mrs. Stocks and Intervenor Wausau are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 1st day of September, 2009.


ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE